```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

UNITED STATES OF AMERICA    )
                            )
         v.                 )        1:19CR189-1
                            )        1:19CR416-1
                            )
TYRONE THOMAS WOODS         )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 5, 2021, was served on the parties in this action. Defendant did not file an objection to the Recommendation. However, he did file a document which the court has construed as a supplement to his claim for exemption and request for a hearing. (See Case No. 1:19CR189-1, Doc. 44; Case No. 1:19CR416-1, Doc. 31.)

Defendant's supplement provides employment history and financial data information from approximately January 2011 through July 2018, which appears to be a similar document already in this court's record. (See Case No. 1:19CR189-1, Doc. 39 at 3, Doc. 44 at 2; Case No. 1:19CR416-1, Doc. 26 at 3, Doc. 31 at 2.) This supplement does not alter the findings in the Magistrate Judge's Recommendation. The court therefore adopts the Magistrate Judge's Recommendation. Accordingly,

IT IS ORDERED that Defendant's Claim for Exemption and Request for a Hearing (Case No. 1:19CR189-1, Doc. 39; Case No. 1:19CR416-1, Doc. 26) is DENIED.

/s/   Thomas D. Schroeder
                         United States District Judge


April 2, 2021